# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**M.L. (BUD) WALKER,**

        Petitioner,

        V.                               CASE NUMBER: **04-C-519**

**JEFFREY P. ENDICOTT**,

        Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the respondent's motion for summary judgment is GRANTED and M. L. (BUD) Walker's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

| November 28, 2007 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |